IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:14-cv-03047-JLK

CHARLES L. MADDOX, JR.

        Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

        Defendant.

**ORDER GRANTING DEFENDANT'S <u>UNOPPOSED</u> MOTION FOR LEAVE OF COURT TO FILE RESPONSE BRIEF OUT OF TIME**

THIS MATTER, having come before the Court on Defendant's Unopposed Motion for Leave of Court to File Response Brief Out of Time (Doc. 14), and the Court having considered said Motion and being duly advised of the premises,

HEREBY GRANTS SAID MOTION. Defendant shall have through and including Monday, June 29, 2015, to submit her Response Brief in this matter. Plaintiff, in turn, shall have through and including Monday, July 13, 2015, to file her Reply Brief in this matter, if any.

DATED this 23rd day of June, 2015.

*/s/ John L. Kane*
_____
Senior U.S. District Court Judge
John L. Kane