**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  14-cv-03047-REB

CHARLES L. MADDOX, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

Pursuant to the **Order Reversing Disability Decision and Remanding to Commissioner** [#25] entered by Judge Robert E. Blackburn on March 29, 2016, it is

ORDERED that the conclusion of the Commissioner through the Administrative Law Judge that plaintiff was not disabled is **REVERSED**; it is

FURTHER ORDERED this case is remanded to the ALJ, who is directed to:

- Reevaluate all medical opinions of record in light of the considerations set forth in this opinion, as well as any others that may be relevant to the weight to be assigned to each;

- Recontact any medical or other source, seek the testimony of additional medical or vocational experts, order further consultative examinations, or otherwise further develop the record as he deems necessary;

- Reassess his determinations at steps four and five of the sequential

evaluation in light of the record as developed on remand; and

- Reassess the disability determination; and it is

FURTHER ORDERED that plaintiff is awarded his costs, to be taxed by the clerk of the court in the time and manner provided by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1 and 28 U.S.C. § 2412(a)(1).

DATED at Denver, Colorado, this 29th day of March, 2016.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ Kathleen Finney
    Kathleen Finney
    Deputy Clerk