**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 14-cv-03047-REB

CHARLES L. MADDOX, JR.,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**ORDER GRANTING STIPULATED MOTION FOR ATTORNEY
FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT**

**Blackburn, J.**

The matter before me is the parties' **Joint Stipulation for EAJA Fees and Expenses** [#27],[1] filed April 29, 2016. As indicated by the title of the document, the parties have reached an agreement as to the amount of attorney fees to be awarded to plaintiff under the EAJA. I therefore approve their stipulation and award attorney fees in the amount stipulated, payable to plaintiff. *See Manning v. Astrue*, 510 F.3d 1246, 1249-55 (10th Cir. 2007), *cert. denied*, 129 S.Ct. 486 (2008).[2]

    **THEREFORE, IT IS ORDERED** as follows:

---

[1] "[#27]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

[2] In *Manning*, the Tenth Circuit held the plain language, structure, and history of the EAJA preclude an award of fees to anyone other than the prevailing party. Thus, even if plaintiff has assigned his right to EAJA fees to his attorney, I cannot direct the fee award be paid directly to anyone other than plaintiff himself.

1.  That the parties' **Joint Stipulation for EAJA Fees and Expenses** [#27], filed April 29, 2016, is granted; and

2.  That pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(1)(A), plaintiff is awarded attorney fees of $6,650.00 .

Dated May 4, 2016, at Denver, Colorado.

**BY THE COURT:**

*Bob Blackburn*
Robert E. Blackburn
United States District Judge